UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| KT IMAGING USA, LLC,<br><br>                                  Plaintiff,<br><br>v.<br><br>DELL TECHNOLOGIES INC. and DELL INC.,<br><br>                               Defendants. | Case No.: 6:21-cv-01004-ADA<br><br>**Jury Trial Demanded** |

**JOINT MOTION TO DISMISS**

WHEREAS, Plaintiff KT Imaging USA, LLC's ("Plaintiff") claims for relief against Defendants Dell Technologies Inc. and Dell Inc. (collectively, "Dell") have been resolved.

NOW, THEREFORE, Plaintiff and Dell, through their attorneys of record, request this Court to dismiss Plaintiff's claims for relief against Dell with prejudice and Dell's claims, defenses or counterclaims for relief against Plaintiff without prejudice, and with all attorneys, fees, costs of court and expenses borne by the party incurring same.

Dated: April 25, 2022

| | |
|---|---|
| Respectfully submitted,<br><br>By: */s/ Dmitry Kheyfits*<br>    Dmitry Kheyfits<br>    State Bar No. 24115271<br>    dkheyfits@kblit.com<br>    Brandon G. Moore<br>    State Bar No. 24082372<br>    bmoore@kblit.com<br>    Kheyfits Belenky LLP | Respectfully submitted,<br><br>By: */s/ Erik C. Olson*<br>    Eugene Y. Mar (admitted)<br>    California State Bar No. 227071<br>    James L. Day (admitted *pro hac vice*)<br>    California State Bar No. 197158<br>    Erik C. Olson (admitted *pro hac vice*)<br>    California State Bar No. 260452<br>    Daniel C. Callaway (admitted) |

| | |
|---|---|
| 108 Wild Basin Road, Suite 250<br>Austin, TX 78746<br>Tel: 737-228-1838<br>Fax: 737-228-1843<br><br>Andrey Belenky<br>State Bar No. 4524898<br>abelenky@kblit.com<br>Hanna G. Cohen<br>State Bar No. 4471421<br>hgcohen@kblit.com<br>Kheyfits Belenky LLP<br>80 Broad Street, 5th Floor<br>New York, NY 10004<br>Tel: 212-203-5399<br>Fax: 212-203-5399<br><br>Stafford Davis<br>State Bar No. 24054605<br>sdavis@stafforddavisfirm.com<br>Catherine Bartles<br>State Bar No. 24104849<br>cbartles@stafforddavisfirm.com<br>The Stafford Davis Firm, PC<br>815 South Broadway<br>Tyler, Texas 75701<br>Tel: (903) 593-7000<br>Fax: (903) 705-7369<br><br>*Attorneys for Plaintiff*<br>*KT Imaging USA, LLC* | California State Bar No. 262675<br>Thomas J. Pardini (admitted *pro hac vice*)<br>California State Bar No. 313401<br>Farella Braun + Martel LLP<br>235 Montgomery Street, 17th Floor<br>San Francisco, CA 94104<br>Phone: (415) 954-4400<br>Fax: (415) 954-4480<br>jday@fbm.com<br>emar@fbm.com<br>eolson@fbm.com<br>dcallaway@fbm.com<br>tpardini@fbm.com<br><br>Deron R. Dacus<br>State Bar No. 00790553<br>The Dacus Firm, P.C.<br>821 ESE Loop 323, Suite 430<br>Tyler, TX 75701<br>Phone: (903) 705-1117<br>Fax: (903) 581-2543<br>ddacus@dacusfirm.com<br><br>*Attorneys for Defendants Dell Technologies, Inc. and Dell Inc.* |